SYLVIA Y. DENORMANDIE, Respondent, v. BAY VIEW HEIGHTS LAND COMPANY, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.

HELEN B. GINNANE, as Administratrix, etc., of JOHN C. GINNANE, Deceased, Respondent, v. UNION RAILWAY COMPANY OF NEW YORK CITY, Appellant.— Order reversed, with ten dollars costs and disbursements, and defendant's motion to change the place of trial to Bronx county granted. with ten dollars costs. (Veeldorano v. Union Railway Co., 183 App. Div. 575; Pierce v. Moore, 181 id. 885.) Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ., concurred.

FLORINE LYON, Appellant, v. MORRIS WEIL and MONROE WEIL, Respondents.— Order of the County Court of Westchester county affirmed by default, with ten dollars costs and disbursements. Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ., concurred.

SADIE MINKOW, Respondent, v. BULLION REALTY COMPANY, Appellant. — Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

THE NAGLE PACKING COMPANY, Appellant, v. PHILIP M. ROSENBLUM and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, Respondent, v. CELIA V. FORDHAM and Another, Defendants, and WILLIAM O. FORDHAM, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ., concurred.

LAURENCE TIMMONS, Respondent, v. FANNIE S. RUSSELL, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.

In the Matter of the Application of the CITY OF NEW YORK Relative to Acquiring Title to Lands Required for the Opening and Extending of the Public Park at Coney Island.— Motion granted, and order signed. Present — Mills, Rich, Putnam, Blackmar and Jaycox, JJ.

CORNELIUS D. CURNEN, Respondent, v. JOHN J. RYAN, Defendant, and INTERNATIONAL SHIPBUILDING AND MARINE ENGINEERING CORPORATION, Appellant.— Motion granted on condition that appellant give additional security in the sum of $10,000, and questions certified as proposed. Present — Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ. Order to be settled on notice before Mr. Justice Kelly.